THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, *et al.*, | CASE NO. C16-0223-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WILBUR L. ROSS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a 45-day extension of the deadline to submit a notice of availability (Dkt. No. 31). Having thoroughly considered the stipulated motion and the relevant record, the Court hereby GRANTS the motion. Defendants' new deadline to submit a notice of availability to the Federal Register of the final recovery plan for the Puget Sound steelhead Distinct Population Segment is EXTENDED to February 14, 2020.

DATED this 12th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk